IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-02797-RPM

MARY MARQUEZ,

      Plaintiff,
v.

METROPOLITAN LIFE INSURANCE COMPANY and
WELLS FARGO DISABILITY PLAN,

      Defendants.
_____

ORDER VACATING ORDER OF REFERENCE AND SETTING SCHEDULING CONFERENCE
_____

      Upon reassignment of this civil action and this Court's case management procedures, it is

      ORDERED that the Order of Reference to United States Magistrate Judge Michael E. Hegarty is vacated.  It is further

      ORDERED that a scheduling conference will be held on **May 28, 2009, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on May 21, 2009.**

      The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

      DATED   April 9th, 2009

                                        BY THE COURT:
                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge