IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-02797-RPM

MARY MARQUEZ,

     Plaintiff,
v.

METROPOLITAN LIFE INSURANCE COMPANY and
WELLS FARGO DISABILITY PLAN,

     Defendants.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to the May 28, 2009 conference, it is

ORDERED that a scheduling conference will be held on **July 15, 2009, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on July 9, 2009.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED   June 8th, 2009

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior Judge