IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-02797-RPM

MARY MARQUEZ,

      Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY and
WELLS FARGO DISABILITY PLAN,

      Defendants.
_____

### ORDER FOR STATUS REPORT
_____

On July 14, 2009, a scheduling conference was held.  At that time, counsel anticipated settlement but provided that a proposed order for an ERISA case would be submitted if no settlement is reached.  No order has been submitted.  It is

ORDERED that counsel will file a status report in this matter on or before February 10, 2010.

DATED: January 27th, 2010

                                        BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge