IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02797-RPM

MARY MARQUEZ,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY and
WELLS FARGO DISABILITY PLAN,

    Defendants.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Joint Stipulation for Dismissal [37], it is

ORDERED that this civil action is dismissed with prejudice, each party to bear their own legal fees and costs.

DATED: April 29th, 2010

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior Judge